

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Elvisha Brightman, et al., Appellants

No. 06-25-00009-CV    v.

Marshall Housing Authority, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2024-11730-CCL). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Elvisha Brightman, has adequately indicated the inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 29, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk